### BANKS v. HAYES.

(Decided June 13, 1912.)

APPEAL from Bibb Circuit Court.

Heard before Hon. B. M. MILLER.

No counsel marked for either party.

Per curiam. Affirmed on certificate.

### CITY OF BIRMINGHAM v. ABBOTT.

(Decided May 30, 1912.

APPEAL from Birmingham City Court.

Heard before Hon. H. A. SHARPE.

ROMAINE BOYD, for appellant. F. E. BLACKBURN, for
appellee.

SAYRE, J.—Reversed and remanded on the authority
of *City of Birmingham v. Wills,* 178 Ala. 198; 59
South. 173; *City of Birmingham v. Abernathy,* 178 Ala.
221; 59 South. 180.

### CITY OF BIRMINGHAM v. GARRETT.

(Decided June 29, 1912.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. A. H. BENNERS.

ROMAINE BOYD and M. M. ULLMAN, for appellant.
JAMES J. GARRETT, and W. K. TERRY, for appellee.

Per curiam. Settled between the parties.